**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

UNITED STATES OF AMERICA
vs.
GOMEZ, JESSICA

CRIMINAL COMPLAINT
CASE: 09-34453MP
Citizenship: MEXICO

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about November 2, 2009, at or near Naco, Arizona, in the District of Arizona, Jessica GOMEZ, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Jessica GOMEZ, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Jessica GOMEZ admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on November 2, 2009, at or near Naco, Arizona.

11/04/2009                                            at Tucson, Arizona
File Date

Signature of Complainant

Sworn to before me and subscribed in my presence,

Honorable Jacqueline Marshall
United States Magistrate Judge

Signature of Judicial Officer

FBI Number: 252128FD0

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

UNITED STATES OF AMERICA
vs.
GOMEZ, JESSICA

CRIMINAL COMPLAINT
CASE: 09-34453MP

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense) - Short Form

The Defendant, GOMEZ, JESSICA , was represented by counsel, David Aguilar (CJA).

The defendant pled guilty to the complaint on 11/04/2009. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 11/03/2009 |

As pronounced on 11/04/2009, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of Time Served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 19 U.S.C. § 3013 is hereby remitted pursuant to 19 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Filed and Signed on this Wednesday, November 04, 2009.

*(signature: Jacqueline Marshall)*

Honorable Jacqueline Marshall
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 252128FD0

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**  **DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 11/04/2009     Case Number: 09-34453MP

USA vs. JESSICA GOMEZ
U.S. MAGISTRATE JUDGE: JACQUELINE MARSHALL     Judge AO Code: 70BN
ASSIGNED U.S. Attorney: Christopher Lewis     INTERPRETER REQ'D: Beatriz Senor
Attorney for Defendant: David Aguilar (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be Same
[X] Petty Offense    [X] Date of Arrest: 11/03/2009
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Time waived for passage of sentence.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of Time Served

[X] Imposition of Special Assessmant is waived by the USA.
[X] Defendant advised of right to appeal.
[X] Waiver of right to appeal explained.

OTHER:     David Aguilar (CJA) is appointed as attorney of record for defendant.

|  |  |
|---|---|
| Recorded by Courtsmart | COP: 1 |
| BY: Sherry Gammon | Sent: 0 |
| Deputy Clerk | IA: 0 |